UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___03/03/2022___

KAHARI SHA-MEL INGRAM,

Plaintiff,

-against-

POLICE OFFICER KATRISCHI, *et al.*,

Defendants.

19-CV-3980 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On September 24, 2021, the Court issued an Order to Show Cause directing *pro se* Plaintiff Kahari Sha-mel Ingram to show cause in writing on or before October 15, 2021, as to why his claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 13.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) To date, the deadline expired more than a year ago, and Plaintiff has both failed to respond to the Order to Show Cause and to communicate with the Court for over a year.

Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

Dated: March 3, 2022
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge